JACQUES CHEN, Esq. CA SBN.113399
2029 Century Park East, Suite 400
Los Angeles, California 90067
Tel: (310) 201-4382
Fax: (866) 425-6035
Attorneys for Plaintiff,
USA Dietary Supplements, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA DIETARY SUPPLEMENTS, INC., a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>ELI ALOISI, individually, ABOVE ALL OFFERS, INC., an Oregon corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS, FRAUD, CIVIL CONSPIRACY TO COMMIT FRAUD, BREACH OF CONTRACT, RACKETEERING IN VIOLATION OF 18 U.S.C. § 1962(c), AND CONSPIRACY TO ENGAGE IN RACKETEERING ACTIVITY IN VIOLATION OF 18 U.S.C. § 1962(d)**<br><br>**JURY TRIAL DEMANDED** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW, Plaintiff USA DIETARY SUPPLEMENTS, INC. ("USA DIETARY SUPPLEMENTS") by and through undersigned counsel, for its Complaint against Defendants ELI ALOISI, individually, ABOVE ALL OFFERS, INC., an Oregon Corporation, and DOES 1 to 100, inclusive, (collectively "DEFENDANTS") alleges and avers as follows:

-1-

## I. INTRODUCTION

1. USA DIETRY SUPPLEMENTS, INC. ("USA DIETARY SUPPLEMENTS") brings this action arising from a business relationship that began in January 25, 2017 whereby Defendant Above All Offers, Inc. "AAO") was engaged to provide quality internet "CPA (cost per acquisition) traffic" ("traffic") for USA DIETARY SUPPLEMENTS' nutritional products through its network of affiliates and publishers located through out the U.S. and internationally. This traffic was represented by AAO as being quality and legitimate traffic which complied with stringent standards that did not employ fraudulent practices to market USA DIETARY SUPPLEMENTS' products to the public.

2. On or about April 18, 2017, USA DIETARY SUPPLEMENTS noticed that it was experiencing a high volume of chargebacks with its bank processors from orders generated from AAO's traffic. Later in fact, USA DIETARY SUPPLEMENTS discovered that AAO and its network of publishers and affiliates in fact employed the use of fraudulent acts including but not limited to publishing fake news, fake celebrity endorsements and ESPN stories featuring the use of USA DIETARY SUPPLEMENTS' products by Lebron James.

3. The operation of AAO, ALOISI and DOES 1 to 100 was conducted in a fraudulent manner, and in breach of duties owed to USA DIETARY SUPPLEMENTS, through conduct including the billing of transactions that were generated by traffic that employed the use of fake news, use of fake celebrity endorsements, black hat cyber techniques including shaving software to misreport the actual number of transactions, and the use of other fraudulent noncompliant sources of traffic which caused USA DIETARY SUPPLEMENTS severe harm and blowback to its' business.

## II. PARTIES

COMPLAINT                           -2-

4.  Plaintiff USA DIETARY SUPPLEMENTS, INC. ("USA DIETARY SUPPLEMENTS") is a corporation formed in the State of Nevada. Its' head office and principle place of business is located in Burbank, California. USA DIETARY SUPPLEMENTS sells nutritional dietary supplement products online to customers in the U.S. Its' Chief Executive Officer is Joseph Wanamaker ("WANAMAKER").

5.  Defendant Eli Aloisi ("ELOISI") is a resident residing and doing business in the State of Oregon. ELOISI is president of Defendant Above All Offers, Inc.

6.  Defendant Above All Offers, Inc. ("AAO") is a corporation formed in the State of Oregon. AAO operates a global network of affiliates and publishers who provide their marketing services to advertisers.

7.  Plaintiff is in the process of confirming the true names and capacities of the defendants designated in this Complaint as DOES 1 to 100, inclusive, and therefore sues these defendants by fictitious names at this time. DOES 1 to 100 are affiliates or related entities to the named defendants and, on information and belief, are residing in, the State of California and this judicial district or have transacted business in the State of California during the time period covered by this Complaint, and are subject to the jurisdiction of this Court.

### III. SUBJECT MATTER JURISDICTION AND VENUE

8.  The court has jurisdiction over USA DIETARY SUPPLEMENTS' claims under 28 U.S.C.§ 1331 and 18 U.S.C. § 1964(c) and §1964(d). Plaintiff USA DIETARY SUPPLEMENTS' fifth and sixth counts arise out of the same case or controversy as its federal claims, as all claims in this action arise from a common nucleus of operative facts. The court has supplemental jurisdiction over USA DIETARY SUPPLEMENTS' state law claims pursuant to 28 U.S.C. §1367.

COMPLAINT -3-

9. The United States District Court for the Central District of California is the appropriate venue for this action pursuant to 28 U.S.C 1391(b)(1) and (2) because at least one defendant resides in this district and a substantial part of the events or omissions giving rise to the claims took place in the Central District of California.

### III. PERSONAL JURISDICTION

10. Exercise of jurisdiction over over the ALOISI, AAO and DOES 1 to 100 Defendants is reasonable and proper because each has extensive contacts with the State of California including the Defendants' unlawful and fraudulent acts alleged in this Complaint. ALOISI and AAO both participated in directing their tortious acts of interference with contractual relations at USA DIETARY SUPPLEMENTS and PELEKAN PARTNERS who are both situated and based in the State of California.

### IV. FACTUAL ALLEGATIONS RELATED TO THE COMPLAINT

11. Plaintiff is informed and believes and on the basis of such information alleges that at all material times Defendant AAO was beneficially owned by Defendant ALOISI. Plaintiff is informed and believes that there exists, and at all times herein mentioned there existed a unity of interest and ownership between ALOISI on the one hand, and AAO on the other hand, such that individuality and separateness between ALOISI on the one hand and AAO on the other hand, has ceased, and AAO is the alter ego of ALOISI, in that it is, and at all times herein mentioned was, a mere shell, instrumentality and conduit through which ALOISI carried on his activities, exercising complete control and dominance of the corporation to such an extent that any individuality or separateness of the entity from the individual does not, and at all times herein, did not exist. Therefore adherence to the fiction to the separate existence of AAO as an entity distinct from ALOISI would permit an abuse of the corporation privileges and would sanction fraud and promote injustice.

COMPLAINT                                                          -4-

12. The names and capacities of Defendant DOES 1-100, inclusive, are unknown to Plaintiff, who therefore sue said Defendants by such fictitious names. Plaintiffs will amend this Complaint to allege the true names and capacities of said Defendants when ascertained. Plaintiffs is informed and believes, and based thereon alleges, that each fictitiously named Defendant is legally responsible to Plaintiffs for the damages alleged herein.

13. USA DIETARY SUPPLEMENTS is informed and believes and thereon allege that at all material times, each Defendant was the agent and employee of all other Defendants, acting within the course and scope of such agency and employment.

14. Plaintiff is informed and believes and thereon allege that at all material times each Defendant was part of a conspiracy to commit the wrongs alleged herein, and acted in concert with all other Defendants with mutual knowledge, agreement, participation, and cooperation to accomplish the wrongful and fraudulent plan herein, and as such each Defendant is jointly and severally responsible for the harm resulting to Plaintiff.

15. On or about January 20, 2017, WANAMAKER, on behalf of USA DIETARY SUPPLEMENTS discussed with ALOISI the provision of legitimate and compliant traffic to USA DIETARY SUPPLEMENTS for its sales campaign of nutritional products by AAO's network of publishers and affiliates. WANAMAKER explained to ALOISI that he had a very bad experience with his previous affiliate network relationship due to the affiliate network employing affiliates and publishers who used fake news websites and fake celebrity endorsements to advertise the products. This caused severe blowback as there were massive cancellation of orders, requests by customers for refunds, and returns which led to massive chargebacks levied by his company's credit card processors which in turn caused these bank accounts to be terminated and accessed with large bank fees and charges.

COMPLAINT                                -5-

16. Defendants ALOISI and AAO (Collectively "Defendants") represented to WANAMAKER and USA DIETARY SUPPLEMENTS that:

a) AAO would provide quality, legitimate and compliant traffic from its network of affiliates and publishers;

b) AAO were experts in online affiliate marketing;

c) AAO's affiliate network do not and would not engage affiliates and publishers who used fake news websites and fake celebrity endorsements to advertise USA DIETARY SUPPLEMENTS products;

d) AAO would initially provide a cap on traffic limited to 75-100 orders per day. This would ensure a good rebill rate and allow USA DIETARY SUPPLEMENTS to access the quality of AAO's traffic before increasing the traffic; and

e) AAO would target male demographics over 35 years.

17. ALOISI, AAO and DOES 1-100 operate a shadowy network of publishers and affiliates operating from throughout the U.S., including California and international locations. The AAO network of publishers and affiliates operate under a cloak of secrecy. AAO does not disclose the names or contact information for these publishers and affiliates to the advertiser under claims of proprietary or confidential information. More importantly, ALOISI, AAO, and DOES 1 to 100 have concealed and or destroyed the content of the advertisements posted by the affiliate network of publishers using fake news sites and fake celebrity endorsements under the pretext of the Defendants' proprietary or confidential information. ALOISI, AAO and DOES 1-100 knowingly employed the use fake news sites, fake celebrity endorsements and other fraudulent artifices in furtherance of the criminal enterprise.

18. On January 20, 2017, WANAMAKER disclosed to ALOISI the identity of USA DIETARY SUPPLEMENTS' finance vendor, PELEKAN PARTNERS, INC. ("PELEKAN"), a

California corporation based in Huntington Beach, CA who financed its advertising invoices. PELEKAN had a valid and enforceable lending agreement with USA DIETARY SUPPLEMENTS. PELEKAN did not have any relationship with AAO or ALOISI prior to WANAMAKER's disclosure of Plaintiff's relationship with PELEKAN to ALOISI.

19. On January 25, 2017, USA DIETARY SUPPLEMENTS and AAO entered into an advertising agreement ("AGREEMENT") (herein incorporated by reference as Exhibit "A").

20. On March 15, 2017, ALOISI informed WANAMAKER that one of the affiliate publishers involved in generating traffic to USA DIETARY SUPPLEMENTS had been caught by AAO engaging in the use of blatant noncompliant advertising. ALOISI further informed WANAMAKER that since AAO was not going to pay for the noncompliant traffic, AAO was going to credit USA DIETARY SUPPLEMENTS for this noncompliant activity. The amount of the credit was small as the volume of noncompliant traffic involved was low. The true nature of this ruse was to lure WANAMKER and USA DIETARY SUPPLEMENTS into a false sense of security that AAO was delivering quality compliant traffic.

21. On or about April 18, 2017, USA DIETARY SUPPLEMENTS began to notice an extremely high rate of credit card chargebacks. Customers were beginning to complain as a result of AAO, ALOISI and DOES 1 to 100's fraud and the orders were unable to be processed. USA DIETARY SUPPLEMENTS had to deal with customer complaints and issues regarding customer credits, returns, cancellations and chargebacks of sales.

22. USA DIETARY SUPPLEMENTS's has continued to experience a high rate of chargebacks which has caused USA DIETARY SUPPLEMENTS to incur massive bank fees and charges.

23. Plaintiff is informed and believes and on the basis of such information allege that at all material times, ALOISI, AAO, and DOES 1 to 100 are parties to this case who used

fraudulent and corrupt business practices to engage USA DIETARY SUPPLEMENTS and other similarly situated advertisers to contract for their advertising services. ALOISI, AAO, and DOES 1 to 100 systematically disrupted USA DIETARY SUPPLEMENTS's business by:

a) Building and maintaining a network of shadowy affiliates and publishers based in the U.S. and internationally, who employed the use of black hat cyber techniques to target USA DIETARY SUPPLEMENTS' customers and entice them to buy its products online through the use of fake news sites and fake celebrity endorsements. This would in turn trigger customer cancellations, refund requests, chargebacks and higher than normal merchant processing fees and penalties. ALOISI and AAO would generate false billing reports to Plaintiff's account that did not reflect the actual amounts that should have been billed;

b) Employing the use of cyber "shaving" software to underreport the actual sales triggered in the sales reporting software of AAO's publishers and affiliates. Because AAO's publishers and affiliates seek to increase their EPC (earnings per click), AAO's and ALOISI's cyber shaving techniques incentivize their affiliates and publishers to pad their traffic by adding more traffic generated by the practice of employing fraudulent activity including but not limited to employing fake news and fake celebrity endorsements in the advertising of USA DIETARY SUPPLEMENTS' products thus causing Plaintiff more blowback to its sales campaign;

c) The use of fraudulent advertising practices designed to trigger billable events to Plaintiff by the misuse of co-conspirator credit cards. Defendants ALOISI, AAO, and DOES 1 to 100 engaged in a scheme to deceive Plaintiff by organizing the placement of orders and then cancellation of the same orders within a short period of time. AAO would then still bill Plaintiff for the transaction despite the order being cancelled.

COMPLAINT                                        -8-

d) The use of threats and intimidation to strong arm payments from Plaintiff by interfering with the contractual relations of USA DIETARY SUPPLEMENTS and its' finance vendor, Pelekan Partners.

## CAUSES OF ACTION

### COUNT I

**(Tortious Interference With Contractual Relationship Against ALOISI AND AAO)**

24. Plaintiff re-alleges and incorporates by reference the allegations of paragraphs 1 through 23.

25. There was a binding enforceable contract between US DIETARY SUPPLEMENTS and Pelekan Partners.

26. ALOISI, AAO and other unknown agents and co-conspirators had actual knowledge of the existence of that binding and enforceable contract.

27. ALOISI, AAO and other unknown agents and co-conspirators intentionally and without justification or privilege, interfered with the contractual relationship between US DIETARY SUPPLEMENTS and Pelekan Partners by making false representations about the true state of USA DIETARY SUPPLEMENTS indebtedness to AAO and disparaging USA DIETARY SUPPLEMENTS business practices.

28. On or about June 29, 2017, ALOISI contacted Michael Brooks on Facebook requesting the contact number for Jeff Brooks, the owner of Pelekan Partners who provides financing to USA DIETARY SUPPLEMENTS. On obtaining Pelekan Partners' telephone number, ALOISI then called Jeff Brooks, CEO of Pelekan Partners and informed him that USA DIETARY SUPPLEMENTS had a large debt with AAO and that WANAMAKER and USA DIETARY SUPPLEMENTS was in financial distress and did not pay its vendors' invoices.

COMPLAINT -9-

This caused Jeff Brooks to be distressed about ALOISI's representations regarding USA DIETARY SUPPLEMENTS' creditworthiness and threats of potential litigation. This in turn damaged USA DIETARY SUPPLEMENTS' credit arrangements and fees with Pelekan Partners.

29. As a consequence of ALOISI's, AAO's and other unknown agents and co-conspirators' interference, US DIETARY SUPPLEMENTS has been damaged.

30. As a proximate result of the wrongful acts as alleged herein, Plaintiff US DIETARY SUPPLEMENTS has been damaged in the sum of at least $1,000,000.

31. As a result of ALOISI's, AAO's and other unknown agents' and co-conspirators' fraudulent, oppressive and malicious conduct, Plaintiff is entitled to an award of punitive damages.

## COUNT II

### (Fraud- Misrepresentation- Against All Defendants)

32. Plaintiff USA DIETARY SUPPLEMENTS repeats the allegations contained in paragraphs 1-31 above and incorporates such allegations by reference herein.

33. Defendants ALOISI, AAO, and DOES 1 to 100 made material misrepresentations of fact to WANAMAKER of the legitimacy and quality of the traffic of AAO's network of publishers/affiliates and that this traffic were not generated by fraudulent practices including but not limited to the use of fake news articles and fake celebrity endorsements. WANAMAKER had made multiple requests to AAO, ALOISI and AAO's employees that the use of fake news articles and fake celebrity endorsements in connection with advertising USA DIETARY SUPPLEMENTS' products was not acceptable. In fact, AAO, ALOISI and AAO's employees extensively employed the use of publisher and affiliates in

COMPLAINT                    -10-

AAO's network, who used fake news articles and fake celebrity endorsements in connection with advertising USA DIETARY SUPPLEMENTS' products. AAO, ALOISI and DOES 1 to 100 also engaged in the fraudulent practice of "shaving" to drive up the number of billable transactions.

34. ALOISI and agents of AAO knowingly and/or recklessly made such misrepresentations with intention of deceiving USA DIETARY SUPPLEMENTS. ALOISI and AAO's agents were, or reasonably should have been aware of the falsity and misleading nature of their statements concerning the quality and compliance of the traffic.

35. ALOISI and agents of AAO intended to induce WANAMAKER and USA DIETARY SUPPLEMENTS to place orders for traffic with AAO pursuant to the Agreement.

36. USA DIETARY SUPPLEMENTS actually and reasonably relied on the misstatements of ALOISI to its detriment. If USA DIETARY SUPPLEMENTS had known the true facts, it would have taken steps to mitigate USA DIETARY SUPPLEMENTS' damages.

37. As a direct result of said acts of fraud, USA DIETARY SUPPLEMENTS has been damaged in the sum of at least $1,000,000, plus interest and attorneys fees.

38. The conduct of defendants ALOISI and AAO were willful, malicious, fraudulent, and oppressive. As a result, USA DIETARY SUPPLEMENTS is entitled to an award of punitive damages.

## COUNT III

**(Civil Conspiracy to Commit Fraud- Against All Defendants)**

39. Plaintiff USA DIETARY SUPPLEMENTS repeats the allegations contained in paragraphs 1-38 above and incorporates such allegations by reference herein.

COMPLAINT -11-

40. On information and belief, each of the Defendants participated in the conspiracy by agreeing and acting in:

a) Building and maintaining a network of shadowy affiliates and publishers based in the U.S. and internationally, who employed the use of black hat cyber techniques to target USA DIETARY SUPPLEMENTS' customers and entice them to buy its products online through fraudulent marketing practices including but not limited to the use of fake news sites and fake celebrity endorsements. This would in turn trigger customer cancellations, refund requests, chargebacks and higher than normal merchant processing fees and penalties;

b) Employing the use of cyber "shaving" software to underreport the actual sales triggered in the sales reporting software of AAO's publishers and affiliates. Because AAO's publishers and affiliates seek to increase their EPC (earnings per click), AAO's and ALOISI's cyber shaving techniques incentive these affiliates and publishers to pad their traffic by adding more sales generated by the practice of employing fraudulent activity including but not limited to fake news and fake celebrity endorsements in the advertising of USA DIETARY SUPPLEMENTS' products thus causing Plaintiff more blowback to its sales campaign;

c) The use of fraudulent advertising practices designed to trigger billable events to Plaintiff by the misuse of co-conspirator credit cards. Defendants ALOISI, AAO, and DOES 1 to 100 engaged in a scheme to deceive Plaintiff by organizing the placement of orders and then cancel the same orders within a short period of time. AAO would then still bill Plaintiff for the transaction despite the order being cancelled.

d) The use of threats, disbaragement and intimidation to strong arm payments from Plaintiff and interfering with the contractual relations of USA DIETARY SUPPLEMENTS and its' finance vendor, Pelekan Partners.

41. Each of these Defendants knowingly conspired with each of the others to effectuate the fraud and maintained the appearance of legitimacy.

42. As a result, USA DIETARY SUPPLEMENTS detrimentally and reasonably relied on the false representations of Defendants and has now been damaged as a result in an amount to be proven at trial, but not less than $1,000,000, plus interest and attorneys fees.

43. The Defendants named in this count engaged in these acts with oppression, fraud and malice toward USA DIETARY SUPPLEMENTS, and USA DIETARY SUPPLEMENTS is therefore entitled to an award of exemplary damages in an amount to be established at trial.

## COUNT IV

**(Breach of Contract- Against AAO)**

44. Plaintiff USA DIETARY SUPPLEMENTS repeats the allegations contained in paragraphs 1-43 above and incorporates such allegations by reference.

45. USA DIETARY SUPPLEMENTS has at all times performed the terms of the Agreement in the manner specified by the Agreement.

46. AAO, has failed and refused, and continues to refuse, to tender performance as required by the Agreement. This includes that AAO breached the Agreement beginning on or about April 18, 2017, by supplying fraudulent and non-compliant traffic and causing permanent harm to USA DIETARY SUPPLEMENTS.

47. AAO's failure and refusal to perform its obligations under the Agreement has directly damaged USA DIETARY SUPPLEMENTS through the loss of fees due under the Agreement.

48. As a result of AAO's acts, USA DIETARY SUPPLEMENTS has lost money and suffered injury in fact. AAO's acts have caused USA DIETARY SUPPLEMENTS to lose market opportunities and to lose monies in the amount of $1,000,000.

WHEREFORE USA DIETARY SUPPLEMENTS prays for judgment against AAO, as more fully set below.

## COUNT V

### [Violation of 18 U.S.C.§1962(c) - RICO Against All Defendants]

49. Plaintiff incorporates and re-alleges paragraphs 1 through 48, inclusive by reference.

50. Plaintiff is informed and believes and on the basis of such information allege that at all material times the Defendants, ALOISI, AAO and DOES 1 to 100 created and operated an enterprise consisting of individuals, partnerships, professionals, corporations, trusts, or other legal entities or of a union or group of individuals associated in fact although not a legal entity, within the meaning of 18 U.S.C. § 1961(4) that affected interstate or foreign commerce. On information and belief, the Defendants were members of an enterprise that functioned as a continuing unit for a common economic purpose.

51. Plaintiff is informed and believes and on the basis of such information allege that at all material times, the enterprise operated by the Defendants had a structure for making decisions and for controlling and directing the affairs of the group of Defendants on an ongoing basis. The Defendants acted together in an organized fashion. The structure had a hierarchy overseen and controlled by Defendants ALOISI, AAO and DOES 1 to 100 who, acting individually and collectively manipulated, guided, and directed the activities of the other Defendants , including conceiving, setting up, and carrying out the various sales transactions by fraudulent activities that secretly resulted in the illegal and improper payment of monies and other consideration to the Defendants and persons affiliated with the Defendants.

52. The Defendants ALOISI, AAO and DOES 1 to 100, were employed by or associated with the enterprise and participated, directly or indirectly, in the conduct of the

enterprise's affairs through a pattern of racketeering activity that involved at least two or more related predicate acts extending over a substantial period of time that amounted to or posed a threat of continued criminal activity. Such acts involved, but are not necessarily limited to, willingly and knowingly devising a scheme or artifice to defraud, or to obtain money or property by means of false pretenses, representations, or promises, use of interstate mails and wires to commit fraud, including telephone calls, bank wire transfers, electronic mail, and mails involving other defendants, persons, and entities.

53. ALOISI, AAO and DOES 1-100, in furtherance of the conspiracy, employed the following acts of racketeering

a) Building and maintaining a network of shadowy affiliates and publishers based in the U.S. and internationally, who employed the use of black hat cyber techniques to target USA DIETARY SUPPLEMENTS' customers and entice them to buy its products online through the use of fake news sites and fake celebrity endorsements. This would in turn trigger customer cancellations, refund requests, chargebacks and higher than normal merchant processing fees and penalties;

b) Employing the use of cyber "shaving" software to underreport the actual sales triggered in the sales reporting software of AAO's publishers and affiliates. Because AAO's publishers and affiliates seek to increase their EPC (earnings per click), AAO's and ALOISI's cyber shaving techniques incentive these affiliates and publishers to pad their EPC by adding more sales generated by the practice of employing fake news and fake celebrity endorsements in the advertising of USA DIETARY SUPPLEMENTS' products thus causing Plaintiff more blowback to its sales campaign;

c) The use of disparagement, threats and intimidation to strong arm payments and to interfere with the contractual relations of USA DIETARY SUPPLEMENTS and its' finance vendor, Pelekan Partners through.

54. In addition, the Defendants ALOISI, AAO and DOES 1 to 100, have received income that was derived, directly or indirectly, from a pattern of racketeering activity in which such Defendants participated and have used or invested, directly or indirectly, at least a part of such income in the acquisition of an interest in, or the establishment or operation of, an enterprise that is engaged in, or whose activities affect, interstate or foreign commerce, in violation of 18 U.S.C. § 1962(a).

55. By reason of and a direct result of the Defendants ALOISI's, AAO's and DOES 1 to 100's conduct, Plaintiff has sustained injury to its business or property within the meaning of 18 U.S.C. § 1964(c) and is entitled to treble damages. Plaintiff has been damaged in the sum of at least $1,000,000.

## COUNT VI

**[Violation of 18 U.S.C.§1962(d) Against All Defendants]**

56. Plaintiff incorporates and re-alleges paragraphs 1 through 55, inclusive by reference.

57. In the commission of certain of the acts of racketeering set forth in Count V, ALOISI, AAO and DOES 1-100 conspired to violate 18 U.S.C. § 1962(c), in violation of 18 U.S.C. § 1962(d). At all relevant times, each of the Defendants is and was a person within the meaning of 18 U.S.C. §§1962(c) and 1962(d).

58. In furtherance of this conspiracy, each of ALOISI, AAO and DOES 1-100 agreed to the commission of at least two of the acts of racketeering set forth in Count V, and agreed to violate 18 U.S.C. §§1962(c). Specifically, the ALOISI, AAO and DOES 1-100

Defendants agreed to the commission of all the acts specified in Count V, and each further agreed to the commission of at least two of those acts, including but not limited to: creating false records to facilitate the laundering of AAO funds; manipulating software to shave reportable events, employing the widespread use of fake news and fake celebrity endorsements to advertise Plaintiff's products.

59. By reason of these violations of 18 U.S.C. § 1962(d), USA DIETARY SUPPLEMENTS has sustained damages to its business.

60. USA DIETARY SUPPLEMENTS' damages were a direct, proximate and foreseeable result of these violations of 18 U.S.C. § 1962(d). USA DIETARY SUPPLEMENTS has been and will continue to be injured in its business in an ultimate amount to be determined at trial.

61. By reason of these violations , USA DIETARY SUPPLEMENTS is further entitled to recover three times its damages pursuant to 18 U.S.C. § 1962(c).

62. By reason of these violations , USA DIETARY SUPPLEMENTS is further entitled to recover its' attorney's fees and costs pursuant to 18 U.S.C. § 1962(c).

## **PRAYER**

WHEREFORE, USA DIETARY SUPPLEMENTS prays judgment against Defendants Eli Aloisi, Above All Offers, Inc. and DOES 1 to 100, jointly and severally as follows:

1. For compensatory damages to be proven at trial, in an amount not fully determined at this time but which, in any event, exceeds $1,000,000;

2. For punitive damages in an amount to be determined at trial;

3. For prejudgment interest on USA DIETARY SUPPLEMENTS' damages;

4. For attorneys' fees, costs, and expenses incurred by the prosecution of this action; and

5. For such other and further relief as the Court may deem proper.

JURY TRIAL DEMANDED.

Dated this 17th day of July, 2017.                     Respectfully submitted,

/s/ *Jacques Chen*

JACQUES CHEN, Esq.
Attorneys for Plaintiff
USA DIETRY SUPPLEMENTS

COMPLAINT -18-